# EXHIBIT C



## Assignment abstract of title for Application 10247065

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| UNIVERSAL KEYBOARD<br>Timothy B. Higginson | 6703963<br>Mar 9, 2004 | 20030052164<br>Mar 20, 2003 | 10247065<br>Sep 19, 2002 | | |

## Assignments (2 total)

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049424/0537 | Apr 18, 2019 | Jun 10, 2019 | 6 | 5 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
YUVEE, INC.
HIGGINSON, TIMOTHY B.

**Correspondent**
DEVLIN LAW FIRM LLC
1526 GILPIN AVE.
WILMINGTON, DE 19806

**Assignee**
PRINCEPS INTERFACE TECHNOLOGIES LLC
717 N. UNION STREET
WILMINGTON, DELAWARE 19805

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 015014/0909 | Jan 12, 2004 | Feb 26, 2004 | 1 | 3 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
HIGGINSON, TIMOTHY B.

**Correspondent**
LEYDIG, VOIT & MAYER, LTD.
JAMES B. MUSKAL
TWO PRUDENTIAL PLAZA, SUITE 4900
CHICAGO, ILLINOIS 60601-6780

**Assignee**
YUVEE, INC.
490 HAZEL AVENUE
HIGHLAND PARK, ILLINOIS 60035