# EXHIBIT H

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

**Exhibit A-1**

**Preliminary Analysis of Infringement of U.S. Patent No. 6,703,963**

    Princeps Interface Technologies LLC ("Princeps"), owner of U.S. Patent No. 6,703,963 (the "'963 patent") entitled "Universal Keyboard", provides this preliminary and exemplary infringement analysis with respect to infringement of the '963 patent by Alphabet Inc. ("Alphabet") and Google LLC ("Google"), (collectively "Defendants").

    Defendants directly infringe the '963 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing instrumentalities which embody the claimed features of the patented invention.  Princeps contends that based on currently available information, Princeps is aware that Defendants, at a minimum, have sold, offered for sale, made, used, and/or imported at least the following products and services: Google devices, such as the Google Pixel smartphones, along with Google's pre-installed Android operating system ("OS") (produced and sold by Google in retail outlets by or on behalf of Google the "Accused Instrumentalities").  All the current versions of these devices (i.e., the Google Pixel 3a, the Google Pixel 3 and other models in the Pixel series) all use the current version of the Android operating system, shipping with Android 9.0 "Pie".  The first models of the Pixel smartphones first became available in October 2016. (See https://en.wikipedia.org/wiki/Google_Pixel) However, the Android operating system made and sold by Google is, and has been designed, to utilize applications with infringing keyboard functions, such as the Google proprietary app for Messages and the Google ail app, as well as earlier third-party apps for third-party smartphones, such as those sold by Samsung.  Furthermore, these Samsung proprietary apps have been available on earlier versions of the Samsung devices since at least as early as 2010 when Samsung introduced the Samsung Galaxy S.  (*See* https://en.wikipedia.org/wiki/Samsung_Galaxy_S_series) Therefore, the infringement has been occurring since at least that time.

    Unless otherwise noted, Princeps believes and contends that each element of each claim asserted herein is literally met through Defendant's provision of the Accused Instrumentalities.  However, to the extent that Defendants attempt to allege that any asserted claim element is not literally met, Princeps believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Instrumentalities sold, offered for sale, made, used, and/or imported by Defendants, Princeps did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein.  In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.  Princeps notes that the present claim chart and analysis are necessarily preliminary because Princeps has not received any discovery from Defendants, nor have Defendants disclosed any analysis in support of any purported non-infringement positions.  Further, Princeps does not have the benefit of claim construction or expert discovery.  Princeps hereby specifically reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Princeps prior to or during the pendency of the litigation, including information adduced through fact discovery, claim construction, expert discovery, and/or further analysis.  Nothing in this preliminary and exemplary infringement analysis constitutes an implicit or explicit proposal regarding the construction of any claim term or phrase.

Note:  All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

## Alphabet and Google – Google Smartphones and Operating Systems with Universal Keyboard Technology

Alphabet Inc. and Google LLC (collectively "Google") provides and sells the Google Pixel smartphones, along with Google's pre-installed Android operating system ("OS").  Google is providing software updates for Pixel and Nexus smartphones. The Android OS utilizes a universal keyboard technology with functional mode controls, at least one domain control and a plurality of input keys associated with specific domain level values based on a selected functional mode. Google's universal keyboard technology utilizes function-specific displays indicating domain-level values for a selected functional mode and domain-level combination. The input keys and the domain control are simultaneously presented by the Google phone and operating system.  The universal keyboard technology permits Google to provide a variety of keyboard and layout options to users of the Google devices.



See also:  https://mobilemoxie.com/blog/android-language-settings-on-pixel-3-3xl/ "How to change the Language on Pixel 3 or Pixel 3XL"

"One amazing thing about Android phones is the plethora of customization options you have, including the option to change keyboards. There are a bunch of great keyboard apps for Android to choose from, so find the one that feels right for you."
Source:  https://www.androidcentral.com/how-set-default-keyboard-your-android-phone "How to change the keyboard on your Android phone"

2

Note:  All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1 | | Google provides and sells several models of Pixel smartphones, as information input devices utilizing various versions of the Android operating system: |
| 1-p | An information input device, comprising: | Source: https://store.google.com/product/pixel_3<br><br>Android 9.0 Pie has been out for a while on Google Pixel phones, but some manufacturers are still getting it over to their devices. Find out when your device is getting the update below.<br><br>Source: https://www.androidpit.com/android-p-update-overview-smartphones-tablets "Android 9.0 Pie: Which smartphones and tablets have the update?"<br><br>See Also: https://store.google.com/product/pixel_3_specs "Operating system" |

3

Note: All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 1-a | a functional mode control for selecting a first functional mode of operation of multiple functional modes of operation by the input device; | In the Google Pixel smartphones (running on the Android operating system), the "functional mode control" can be any icon for activating an installed application which relies upon a keyboard (Gboard) for accepting input information data. Such applications can include applications that are proprietary to Google, such as the Google "Messages" or "Email" apps, or third-party apps which utilize a keyboard for accepting input data.<br><br>"Find, open & close apps"<br><br>Source: https://support.google.com/pixelphone/answer/2781964?hl=en&ref_topic=7078253 "Find, open & close apps"<br><br>See also: https://support.google.com/messages/answer/6089066?hl=en "Get started with Messages"<br><br>See also: https://support.google.com/mail/answer/8494?co=GENIE.Platform%3DAndroid&hl=en "Sign in to Gmail" |

4

Note: All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | According to the patent, the functional mode control may also be used to set different functional modes of operation, such as for enabling different keyboards for character sets of different languages or different sets of symbols: |
| | | which the keyboard is serving as an input device. For example, the functional mode of operation is selected, by way of example, from the group consisting of: an English alphanumeric keyboard, a non-English alphanumeric keyboard, telephone, calculator, card reader, text editing, internet navigation, an application-specific mode associated with the use of a particular software application and a mode associated with the control of an electronic device. Additionally, in embodiments of the invention, the keyboard 1 operates concurrently in more than one functional mode of operation. For example, the keyboard may be concurrently in both the E-mail and Alphanumeric functionalities to facilitate drafting an e-mail message. Other exemplary combinations of multiple simultaneous functional modes of operation include Edit/E-mail, Edit/Alphanumeric, Tele/www, Tele/Alpha, or E-mail/Tele/www. |
| | | Source: US Patent 6,703,963 (See column 4, lines 4-19) |

Note: All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
|  |  | <br>(Snapshot taken during product testing of google Gboard keyboard)<br><br>In the Google smartphones, different functional modes may be selected:<br>"One amazing thing about Android phones is the plethora of customization options you have, including the option to change keyboards. There are a bunch of great keyboard apps for Android to choose from, so find the one that feels right for you."<br><br>Source: https://www.androidcentral.com/how-set-default-keyboard-your-android-phone "How to change the keyboard on your Android phone" |
|  |  | In the Pixel smartphones, the "Settings" Application (with sub-options) in the Google Android can also be used to change aspects of the functional modes in, for example, the keyboard options from those that are available through "Settings" in the Android.  As shown below, under "Settings", "System", "and Language & input", "Languages" and "Personal dictionary" functional mode selections can be controlled to determine selections for language, text shortcuts and other virtual keyboards. The select options can be used in various applications such as email or messaging. |

Note:  All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | <br><br>(Snapshots taken during product testing of Google device)<br><br>Sources: https://support.google.com/gboard/answer/2842292?hl=en  "Use your keyboard"<br><br>See Also:https://support.google.com/gboard/answer/7068494?co=GENIE.Platform%3DAndroid&hl=en "Type in a different language"<br>Also see:  https://www.wikihow.tech/Switch-Keyboard-Language-on-Android "How to Switch Keyboard Language on Android" |

7

Note:  All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 1-b | a domain control for selecting one of multiple domain levels within the first functional mode wherein each domain level is associated with a set of domain-level values; | The "domain controls" in the Google Pixel 3 (Android keyboard) are the symbols for a Globe and Emoji appearing in the lower left location of the Google Pixel 3 (Android keyboard) as shown below. These symbols are activated by touching them on the touch screen to control the "domain level" (i.e., the selection of a set of language or emoji symbols) associated with the selected symbol set at each domain level.<br><br>(Snapshots taken during product testing of google Gboard keyboard)<br><br>"1. On your Android phone or tablet, open any app that you can type with, like Gmail or Keep.<br>2. Tap where you can enter text.<br>3. At the bottom of your keyboard, touch and hold Globe.<br>4. Tap the language you want to use."<br>Source: https://support.google.com/gboard/answer/7068494?co=GENIE.Platform%3DAndroid&hl=en<br>"Switch between languages"<br><br>"1. On your Android device, open any app where you can write, like Gmail or Keep.<br>2. Tap where you can enter text.<br>3. Tap Emoji Emoji. From here, you can:<br>    • Insert emojis: Tap one or more emojis.<br>    • Insert a GIF: Tap GIF. Then choose the GIF you want.<br>4. Tap Send Send."<br>Source: https://support.google.com/gboard/answer/2842292?co=GENIE.Platform%3DAndroid&hl=en<br>"Use emojis & GIFs" |

8

Note: All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 1-c | a plurality of input keys, separate and distinct from the domain control, assigned to the set of domain-level values associated with a selected domain level and functional mode, | On the Google Pixel 3 (Android keyboard), the character sets associated with domain levels for different language character sets or emojis appear as input keys "separate and distinct" from the domain control Globe or Emoji Symbol.<br><br>1. Select Globe key     2. Tap and hold Globe key     3. Selected language characters appear<br><br>1. Tap and hold the emoji Symbol     2. Select the desired emoji<br><br>(Snapshots taken during product testing of Google Gboard keyboard) |

Note: All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | Source: https://support.google.com/gboard/answer/7068494?co=GENIE.Platform%3DAndroid&hl=en "Switch between languages" <br><br> As shown above, although the character sets associated with different domain levels (i.e. different language character sets) change, the Globe key (i.e., the domain control) remains separate and distinct from the domain level values (the individual letters/characters in each set). |
| 1-d | wherein each input key assigned to a domain-level value is associated with a signal, representative of the domain-level value, transmitted by the input device in response to actuation of the input key; and | See 1-c above, showing that each input key transmits a signal having a value representative of a letter in the alphabet of the country in the domain-level set for that respective country. These input keys are activated by pressing on the touchscreen of the Google Pixel smartphone displaying the keyboard. |
| 1-e | a function-specific display indicating a domain-level value associated with each input key for a currently selected functional mode and domain level combination, | Each language (or symbol) specific keyboard presents a "function-specific display" of a character set associated with a specific language or a set of emojis depicting particular meanings to a user that are unique for a currently selected functional mode and domain level combination. So for example, in the figures below, the functional mode includes the possibility of choosing between three domains: English (US), Emoji and Korean domain levels. Each of the English (US), Emoji and Korean domain levels present a unique set of keyboard characters within each of these domains. |

Note:  All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | <br>(Snapshots taken during product testing of google Gboard keyboard)<br><br>Source: https://support.google.com/gboard/answer/7068494?co=GENIE.Platform%3DAndroid&hl=en "Switch between languages" |

Note: All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 1-f | wherein the input keys and domain control are simultaneously presented by the input device. | From 1-e above, it shows the touch-screen keyboard on the Google Pixel smartphones, the input keys and the domain control are simultaneously presented. Such as in the English (US) characters and the Globe domain control shown at the same time together in left-most figure.<br><br>(Snapshots taken during product testing of google Gboard keyboard) |
| 2 | The invention as in claim 1 wherein the domain-level value assigned to an input key is determined by software associated with each functional mode. | See 1-p above, showing that the Android operating system is software which determines what domain-level value (i.e., character) is assigned to an input key associated with any functional mode and domain-level. |
| 3 | The invention as in claim 1 wherein the domain-level value associated with an input key is assignable by a user of the input device. | The Android OS on Google Pixel smartphones permits a "Personal dictionary" option under "Settings", "Dictionary". This permits a user to stylize replacements of single characters or multi-character replacements.<br><br>Source: https://thesweetsetup.com/set-text-replacements-frequently-used-emoji-special-characters-Android/ "How to create & use Google personal dictionary on Android using Google keyboard" |

12

Note: All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 9 | The invention as in claim 1 wherein each display is comprised of a touch screen. | Google smartphones, such as the Pixel 3, incorporate touch-screens as part of the data input hardware for the devices.<br><br>Source: https://store.google.com/product/pixel_3_specs "Display" |
| 12 | The invention as in claim 1 wherein the domain control comprises a second set of continuously present controls for selecting the domain level within a functional mode. | Tapping and holding the domain control "Globe" symbol will present underlying a selection of the enabled domain-levels in the Google Pixel 3 (Android keyboard).  See for example, from 1-c above, at screen 2:<br><br>1. Select Globe key           2. Tap and hold Globe key<br><br>(Snapshots taken during product testing of google Gboard keyboard)<br><br>Source: https://support.google.com/gboard/answer/7068494?co=GENIE.Platform%3DAndroid&hl=en "Switch between languages" |

13

Note:  All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 60 | | |
| 60-p | A method of operating an information input device comprising | See 1-p above, users of the Google devices operate those devices as shown in 1-p above; |
| | one or more functional modes of operation | See 1-a above; |
| | having multiple domain levels selectable by a domain control, | See 1-b above; |
| | each domain level containing domain-level values, a plurality of input keys, separate and distinct from the domain control, | See 1-c above; |
| | having domain-level values assigned according to a current functional mode of operation and current domain level and a display to indicate the domain-level values associated with the input keys, wherein the method comprises the steps of: | See 1-e above; |

14

Note:  All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 60-a | first selecting a functional mode of operation of the information input device; | See 1-a above, especially:<br><br>(Snapshot taken during product testing of google Gboard keyboard)<br><br>In the Google smartphones, different functional modes may be selected:<br>"One amazing thing about Android phones is the plethora of customization options you have, including the option to change keyboards. There are a bunch of great keyboard apps for Android to choose from, so find the one that feels right for you."<br><br>Source: https://www.androidcentral.com/how-set-default-keyboard-your-android-phone "How to change the keyboard on your Android phone" |
| 60-b | second selecting, through the domain control, a domain level within the selected functional mode of operation; and | See 1-b above; |

15

Note: All internet sources last accessed June 13, 2019.

Alphabet and Google - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 60-c | actuating one or more of the input keys, associated with domain-level values corresponding to the domain level selected during the second selecting step, and | See 1-c above; |
| 60-d | wherein the input keys and domain control are simultaneously presented by the input device. | See 1-f above. |

16

Note: All internet sources last accessed June 13, 2019.