# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 13, 2020  **Time:** 10:02-10:15= 13 Minutes  **Judge:** EDWARD M. CHEN

**Case No.:** 19-cv-06352-EMC  **Case Name:** Apple Inc. v. Princeps Interface Technologies LLC
Related to: 19-cv-06566-EMC                        Google LLC v. Princeps Interface Technologies LLC

**Attorney for Plaintiff:** Ryan Schletzbaum
**Attorney for Defendant:** Patrick Delaney

**Deputy Clerk:** Angella Meuleman        **Court Reporter:** Not Reported

## PROCEEDINGS

Initial Case Management Conference - held.

## SUMMARY

Parties reported similar issues in the following two cases recently filed in the Northern District of California: 20-cv-201-EMC, *Princeps Secundus LLC v. Samsung Electronics Co., LTD, et al* and 20-cv-205-EMC, *Google LLC v. Princeps Interface Technologies LLC*. Parties additionally requested the next status in this case be consolidated with initial case management conference set for April 23, 2020.

Parties expressed their desire to consolidate discovery at pretrial level with each case to have its own separate trial. Schedules to be coordinated and aligned for consolidated claim construction proceedings.

Further Case Management Conference set for 4/23/2020 at 9:30 a.m., subject to advancing to another date and time by the Court. At this hearing, parties should be prepared to discuss consolidated claims construction and proposed dates. Prior to 4/23/2020 status conference, counsel for all parties in related cases to meet and confer and agree on consolidated procedure for claim construction.

Parties requested discussing mediation post claims construction.