DESMARAIS LLP
John M. Desmarais (CA Bar No. 320875)
Ameet A. Modi (CA Bar No. 331660)
Emily H. Chen (CA Bar No. 302966)
101 California Street
San Francisco, California 94111
T: (415) 573-1900
F: (415) 573-1901
jdesmarais@desmaraisllp.com
amodi@desmaraisllp.com
echen@desmaraisllp.com

Paul A. Bondor (admitted *pro hac vice*)
Steven M. Balcof (admitted *pro hac vice*)
Elizabeth Weyl (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
T: (212) 351-3400
F: (212) 351-3401
pbondor@desmaraisllp.com
sbalcof@desmaraisllp.com
eweyl@desmaraisllp.com

*Counsel for Plaintiff, Counterclaim-Defendant Google LLC*

LAW OFFICES OF SETH W. WIENER
Seth W. Wiener (SBN 203747)
seth@sethwienerlaw.com
609 Karina Court
San Ramon, California 94582
Telephone: (925) 487-5607

DEVLIN LAW FIRM LLC
Timothy Devlin (admitted pro hac vice)
tdevlin@devlinlawfirm.com
Patrick R. Delaney (admitted pro hac vice)
pdelaney@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Counsel for Defendant Princeps Interface Technologies LLC and Defendant and Counter-Claimant Princeps Secundus LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PRINCEPS INTERFACE TECHNOLOGIES LLC and PRINCEPS SECUNDUS LLC,<br><br>    Defendants.<br><br>PRINCEPS SECUNDUS LLC,<br><br>    Counter-Claimant,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Counter-Defendant. | Case No. 3:19-cv-6566-EMC<br><br>**STIPULATION OF DISMISSAL**<br><br>JURY TRIAL DEMANDED |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim Defendant, Google LLC ("Google"), and Defendants and Counterclaim Plaintiffs, Princeps Interface Technologies LLC and Princeps Secundus LLC (collectively, "Princeps"), hereby stipulate to the dismissal of the action. All claims and counterclaims of infringement that Princeps raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Google raised are dismissed WITHOUT PREJUDICE.  Each party shall bear its own costs, expenses, and attorneys' fees.

Dated:  September 21, 2020

Respectfully submitted,

/s/ Ameet A. Modi

/s/ Patrick R. Delaney

DESMARAIS LLP
John M. Desmarais (CA Bar No. 320875)
Ameet A. Modi (CA Bar No. 331660)
Emily H. Chen (CA Bar No. 302966)
DESMARAIS LLP
101 California Street
San Francisco, California 94111
T: (415) 573-1900
F: (415) 573-1901
jdesmarais@desmaraisllp.com
amodi@desmaraisllp.com
echen@desmaraisllp.com

Paul A. Bondor (admitted *pro hac vice*)
Steven M. Balcof (admitted *pro hac vice*)
Elizabeth Weyl (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
T: (212) 351-3400
F: (212) 351-3401
pbondor@desmaraisllp.com
sbalcof@desmaraisllp.com
eweyl@desmaraisllp.com

*Counsel for Plaintiff, Counterclaim-Defendant Google LLC*

LAW OFFICES OF SETH W. WIENER
Seth W. Wiener (SBN 203747)
seth@sethwienerlaw.com
609 Karina Court
San Ramon, California 94582
Telephone: (925) 487-5607

DEVLIN LAW FIRM LLC
Timothy Devlin (admitted pro hac vice)
tdevlin@devlinlawfirm.com
Patrick R. Delaney (admitted pro hac vice)
pdelaney@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Counsel for Defendant Princeps Interface Technologies LLC and Defendant and Counter-Claimant Princeps Secundus LLC*

**IT IS SO ORDERED.**

Dated: <u>September 21, 2020</u>, 2020        By: _____

                                                         Honorable Edward M. Chen

## **ECF ATTESTATION**

I, Ameet A. Modi, am the ECF User whose ID and password are being used to file this STIPULATION OF DISMISSAL.  In compliance with General Order 45, X.B., I hereby attest that Patrick R. Delaney has concurred in this filing.

Dated: September 21, 2020        Ameet A. Modi
                                              DESMARAIS LLP

                                              By:     */s/ Ameet A. Modi*
                                                       Ameet A. Modi